## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

                          Plaintiff,

        -v-

HYDRATION LABS, INC.,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020
```

Civil Case Number:  1:20-cv-08735-GHW

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:          December 17, 2020

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

Rebecca Marie McCloskey, Esq.
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Tel: (914) 872-8060
Email: Rebecca.mccloskey@jackonlewis.com

*Attorneys for Plaintiff*
*Ramon Jaquez*

*Attorneys for Defendant*
*Hydration Labs, Inc.*

4850-6174-5876, v. 1

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

Dated:  December 22, 2020

GREGORY H. WOODS
United States District Judge